Harriot W. Eldred, Appellee, v. Frankie I. Williamson, et al., Defendants.
On Appeal of Frankie I. Williamson, Appellant.

Gen. No. 48,294. 

First District, Third Division.
October 25, 1961.
Rehearing denied November 27, 1961.

Archibald J. Carey, Jr., and James T. Horton, of Chicago, for appellants; James D. Murphy, of Chicago (James D. Murphy, Jr., of counsel), for appellee. Opinion by MR. PRESIDING JUSTICE McCORMICK. Not to be published in full.